537 U.S. 821
 McBRYDE, JUDGE, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS
v.
COMMITTEE TO REVIEW CIRCUIT COUNCIL CONDUCT AND DISABILITY ORDERS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES ET AL.
 No. 01-1778.
 Supreme Court of United States.
 October 7, 2002.
 
 1
 CERTIORARI TO THE COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT.
 
 
 2
 C. A. D. C. Cir. Certiorari denied. Reported below: 264 F. 3d 52.